# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136172

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GLEN SMILEY, DONNA SMILEY, RICHARD
L. HURFORD, JUDI HURFORD, MALCOM J.
SUTHERLAND, JULIE T. SUTHERLAND,
COLTON P. WEATHERSPOON, DEBORAH J.
WEATHERSPOON, BRIT GORDON, ANN
GORDON, CURTIS MARSH, JUDI MARSH,
DAVID E. SORGE, MADALYNNE SORGE,
WILLIAM H. DANCE, NICK SPAIN, SALLY
SPAIN, THERESE CARDOZE, RICHARD C.
CARDOZE, TODD V. CALLEWAERT,
JENNIFER S. CALLEWAERT, ANTHONY
PADDOCK, DARBY PADDOCK, MARGARET
FERINGA, HELEN P. THURBER, ROY
LOMBARDO, SALLY LOMBARDO, NILA L.
CARTER, DAVID FITZSIMONS, JR., HOLLY
FITZSIMONS, ROBERT OLLISON and
DEMPSEY OLLISON,
       Plaintiff-Appellees,

v

GROSSE POINTE WAR MEMORIAL
ASSOCIATION,
       Defendant-Appellant.

SC: 136172
COA: 275937
Wayne CC: 06-617425-CZ

_____/

      On order of the Court, the application for leave to appeal the February 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

t0616

                       Clerk